**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**WESTLEY CHAD-GRANT SIMMONS, SR.**  **CIVIL ACTION NO. 25-0098**

                 **SECTION P**

**VS.**

                 **JUDGE TERRY A. DOUGHTY**

**WILLIAM BENNETT, ET AL.**     **MAG. JUDGE KAYLA D. MCCLUSKY**

**<u>JUDGMENT</u>**

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed,

 **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Westley Chad-Grant Simmons, Sr.'s claim that Lieutenant Mayes utilized excessive force by choking him, digging her nails into his neck, and placing her knee and weight on his pelvis and "private area" is **STAYED** under the following conditions:

> a. If Plaintiff intends to proceed with this claim, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;

> b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

> c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and

> d. Defendant shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

 **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that—with the exception of Plaintiff's claims that Lieutenant Trenchell tazed him, that Lieutenant Mayes tazed

him, and that Major Frederick tripped him and tazed him—Plaintiff's remaining claims,

including his official capacity claims against Defendants Frederick, Mayes, and Trenchell, and

his requests to prosecute, and terminate the employment of, Mayes and Frederick are

**DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 17th day of June, 2025.


TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE