UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WESTLEY CHAD-GRANT SIMMONS SR #530204** | **CASE NO. 3:25-CV-00098 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WILLIAM BENNETT ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 18] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Westley Simmons, Sr.'s claims that Defendant, Lieutenant Trenchell tazed him, that Defendant, Lieutenant Mayes tazed him, and that Defendant, Major Frederick tripped and tazed him are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 17th day of October 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1